IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON CARROLL, | No. C 12-02337 EJD (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| HEDGPETH, | |
| Defendant. | |

On May 9, 2012, Plaintiff filed a "motion for preliminary injunction" which the Clerk of the Court construed as an attempt to file a complaint pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that his complaint was deficient because he failed to file an In Forma Pauperis ("IFP") Application or pay the filing fee. (See Docket No. 3.) Plaintiff was provided with a copy of the IFP application and a return envelope, and directed to file a response within thirty days of the notice to avoid dismissal of the action. (Id.)

The deadline has since passed, and Plaintiff has failed to comply. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

The Clerk shall terminate any pending motions and close the file.

DATED: 6/21/2012

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
02337Carroll_dism-ifp.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


DEON CARROLL,

        Plaintiff,

  v.

HEDGPETH,

        Defendant.

Case Number: CV12-02337 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/25/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deon Carroll H73384
Salinas Valley State Prison
P. O. Box 1050
Soledad, CA 93960


Dated: 6/25/2012

                        Richard W. Wieking, Clerk
                      /s/By: Elizabeth Garcia, Deputy Clerk